*Receipt # 128775*
*Ck # 10104*

UNITED STATES BANKRUPTCY COURT FOR
THE NORTHERN DISTRICT OF OHIO

**FILED 2010 AUG 20 PM 2:51**
CLERK, U.S. BANKRUPTCY COURT
TOLEDO, OHIO

In re: BLAKE, SHARON M          Case No. 08-34401

Judge Mary Ann Whipple

### REPORT ON DIVIDENDS OF LESS THAN FIVE DOLLARS BY TRUSTEE

I, the undersigned trustee of the above named bankrupt, do hereby report that the following is a list of the names and addresses of the persons entitled to dividends of less than five dollars, showing the respective amounts payable to them.

| Payee | Amount |
|---|---|
| Roundup Funding, LLC, MS 550, PO Box 91121, Seattle, WA 98111-9221 | $0.59 |
| Tiffin Pediatrics Assoc., 455 West Market St., Tiffin, OH 44883 | $0.44 |
| AEP Credit Policy and Payment Admin., P.O. Box 13447, Roanoke, VA 24034-3447 | $0.22 |
| Joan Hammer, 1533 E County Rd 181, Green Springs, OH 44836 | $2.08 |
| Credit Services, 712 Chippewa Square, Ste. 200, Marquette, MI 49855 | $0.38 |
| Columbia Gas of Ohio, 200 Civic Center Dr., 11th Floor, Columbus, OH 43215 | $0.33 |
| First Merit Bank NA, 3 Cascade Plaza, CAS 36, Akron, OH 44308 | $0.84 |

Check for $4.88 payable to the Clerk of the United States Bankruptcy Court for deposit into the registry of the Court is herewith transmitted pursuant to Bankruptcy Rule 3010.

*Ericka Parker*
Ericka S. Parker, Trustee

Dated: 8/18/10

Cc:
Office of the U.S. Trustee